# Court of Appeals
# of the State of Georgia

ATLANTA,   March 22, 2016

*The Court of Appeals hereby passes the following order:*

## A16E0026. WILLIE SUGGS et al. v. NAJARIAN HOLDINGS, LLC.

Following an unfavorable ruling by the magistrate court in this dispossessory proceeding, Willie and Jonita Suggs appealed to superior court. The superior court entered an order and writ of possession in favor of Najarian Holdings, but it reserved the remaining issues for trial. On March 10, 2016, the superior court entered a final order releasing the rental payments held in the court's registry to Najarian Holdings.

In order to seek appellate review of the superior court's order, the Suggses were required to file an application for discretionary review within seven days of the superior court's final order. OCGA § 44-7-56. The Suggses failed to do so. Instead, on March 21, 2016, the Suggses have now filed an emergency motion for an extension of time to file their discretionary application.

Under Court of Appeals Rule 31 (g), no extension of time to file a discretionary application shall be granted unless the motion for an extension was filed on or before the due date of the discretionary application. The Suggses' motion, filed after the time limit in which to file their discretionary application, is untimely. Accordingly, the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,* <u>    03/22/2016    </u>

    *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ , *Clerk.*